# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DANEIL GOMEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITCAN POLICE DEPARTMENT, *et al.*,<br><br>        Defendants. | 2:16-cv-00086-APG-VCF<br>**<u>ORDER</u>** |

Before the court is Potter Law Offices' Motion to Withdraw as Counsel (ECF No. 31).

IT IS HEREBY ORDERED that a hearing on Motion to Withdraw as Counsel (ECF No. 31) is scheduled for 10:00 AM, October 16, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that Daniel Gomez must appear in person at the 10:00 AM, October 16, 2017, hearing.

DATED this 22nd day of September, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE