LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE DEPARTMENT and BRIAN SANTAROSSA**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GOMEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; BRIAN SANTAROSSA P#6930, individually; and DOE OFFICERS 1 through 25, individually and ROE ENTITIES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-00086-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**<br>**[ECF NOS. 26 and 27]**<br><br>**(First Request)** |

The above-referenced parties, by and through their counsel of record and in proper person, hereby agree and stipulate to extend the deadline to file an opposition to Defenedants' Motions for Summary Judgment [ECF Nos. 26 and 27] currently set for December 18, 2017, for an additional thirty (30) days, until January 17, 2018. This is the first requested extension of this deadline between the parties. The extension is being requested as Plaintiff's Counsel withdrew from this case due to an illness as this Court is aware. The Court gave Plaintiff until December

18, 2017 to file his oppositions to the motions. [ECF No. 33]. Plaintiff requests the instant extension as he has not been able to retain new Counsel yet.

The extension will not prejudice any party and will allow the parties to properly brief their dispositive motions for this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 18th day of December, 2017.

KAEMPFER CROWELL

By:*/s/ Lyssa S. Anderson*  
   LYSSA S. ANDERSON  
   Nevada Bar No. 5781  
   1980 Festival Plaza Drive, #650  
   Las Vegas, Nevada 89135  
   **Attorneys for Defendants**

By: */s/ Daniel Gomez*  
   Daniel Gomez  
   747 Shadwell Street  
   Las Vegas, NV 89178  
   **Plaintiff In Proper Person**

**IT IS SO ORDERED.**

DATED this  19   day of December, 2017.

_____  
UNITED STATES DISTRICT COURT JUDGE