Craig A. Mueller, Esq.
Nevada Bar No. 4703
MUELLER, HINDS & ASSOCIATES, CHTD.
600 South Eighth Street
Las Vegas, NV 89101
(702) 940-1234 Ph
(702) 940-1235 Fx
cmueller@muellerhinds.com
civil@muellerhinds.com

## UNITED STATES DISCTRICT COURT

## DISTRICT OF NEVADA

DANIEL GOMEZ,

           Plaintiff,

   vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, a polital subdivision of the
State of Nevada; BRIAN SANTAROSSA
P#6930, individually; and DOE OFFICERS 1
through 25, individually and ROE ENTITIES
1 through 25, inclusive.
           Defendants.

Case No. 2:16-CV-00086-APG-VCF

**STIPULATION AND ORDER FOR
EXTENSION OF TIME TO FILE
RESPONSE TO DEFEANDA'TS MOTION
FOR SUMMARY JUDGEMENT**

**Second Request**

The above-referenced parties, by and through their counsels of record, hereby agree and stipulate to extend the deadline to file an opposition to Defendants' Motions for Summary Judgment [ECF Nos. 26 and 27] currently set for January 17, 2017, for an additional thirty (30) days, until February 16, 2018. This is the second requested extension of this deadline between the parties. The extension is being requested as Plaintiff's Counsel withdrew from this case due to an illness as this Court is aware. The Court gave Plaintiff until December 18, 2017 to file his oppositions to the motions. [ECF No. 33]. Plaintiff and Defendant's counsel entered a Stipulation for Extension [ECF 34] allowing Plaintiff till January 17, 2018 to file his Opposition. Plaintiff's current counsel was just recently retained, just received a copy of the file one week ago, and Counsel was out of town this past week arguing a case before the 9th Circuit Court of Appeals and has not had time to properly review

1

and/or prepare an Opposition. The extension will not prejudice any party and will allow the parties to properly brief their dispositive motions for this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 17th day of January, 2018.

MUELLER HINDS & ASSOCIATES, CHTD.          KAEMPER CROMWELL


__/s/ Craig A. Mueller_____          __/s/ Lyssa S. Anderson_____
CRAIG A. MUELLER, ESQ.                     LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 4703                        Nevada Bar No. 5781
600 S. Eighth Street                       1980 Festival Plaza Drive, #650
Las Vegas, NV 89101                        Las Vegas, NV 89135
*Attorney for Plaintiff*                   *Attorney for Defendants*


### ORDER

UPON A READING of the foregoing stipulation of the Parties in the above-referenced matter and good cause appearing therefore.

IT IS SO ORDERED this this 18th day of January, 2018.


_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

_/s/ Craig A. Mueller_____
CRAIG A. MUELLER, ESQ.
Nevada Bar No. 4703
MUELLER HINDS & ASSOCIATES, CHTD.
600 S. Eighth Street
Las Vegas, NV 89101
civil@muellerhinds.com

2